**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-18-00143-CV

———————

**IN RE THE COMMITMENT OF TIMOTHY WAYNE STONECIPHER,**
**Appellant**

**V.**

**, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 608785Z**

---

## ORDER

The reporter's record in this case was due January 16, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the remailing portion of the record. The complete record has not been filed with the court. Because the complete reporter's record has not been filed timely, we issue the following order.

We order Gail Rolen, the court reporter, to file the remaining portions of the record in this appeal **within 10 days** of the date of this order.

PER CURIAM